**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **GLEN NICKOLAS AKINS** | **CIVIL ACTION NO. 25-0135** |
| **VS.** | **SECTION P** |
| | **JUDGE TERRY A. DOUGHTY** |
| **PARISH OF MOREHOUSE, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 7] having been considered, no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Glen Nickolas Akins' claims are **DISMISSED WITH PREJUDICE** for failing to state claims on which relief may be granted and for seeking relief from a defendant immune from such relief.

MONROE, LOUISIANA, this 21st day of April 2025.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE